## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 16-05375

Sheriff's Sale Date: _____

V.

ANNETTE PAGAN; et al.
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANNETTE PAGAN the above process on the 1 day of December, 2016, at 3:17 o'clock, P M, at 2655 NORTH 5TH PHILADELPHIA, PA 19133, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: REFUSED NAME
Relationship/Title/Position: MOTHER
Remarks: _____
Description: Approximate Age 46-50  Height 5'5  Weight 130  Race HISPANIC  Sex FEMALE  Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of __Pa__                    )
                                                ) SS:
County of __Berks__                             )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158068
Case ID #: 4755633

Subscribed and sworn to before me this __5__ day of __Dec__, 20__16__.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017