UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ANNETTE PAGAN,<br>Defendant | No. 16-05373 |

FILED

JAN - 5 2017

LUCY V. CHIN, Interim Clk

### DEFAULT JUDGMENT

AND NOW, this 5th day of January, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, October 13, 2016 and, after due service of process on Defendant, ANNETTE PAGAN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, ANNETTE PAGAN, in the amount of $3,673.09. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 1/5/17

Clerk, United States District Court
EasternDistrict of Pennsylvania

By: _____
Deputy Clerk